| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Schiller, Berle M | 2. Court or Organization<br><br>E.D. Pa. | 3. Date of Report<br><br>5/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-active | 5. ReportType (check appropriate type)<br><br>◯ Nomination, Date<br><br>◯ Initial　◉ Annual　◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>601 Market St.<br>Phila., Pa. 19106-1747 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.　(Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE　- (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

RECEIVED May 14 9 59 AM '04 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS.　(Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE　- (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income(If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | self-employed consultant |
| 2. 2003 | trustee of trust #1 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. ABA-National Conf of Fed. Trial Judges | travel and lodging at mid-year meeting from Phila to Seattle, Wash. Feb 7-9 |
| 2. ABA-National Conf of Fed. Trial Judges | partial travel and lodging at annual meeting in San Francisco Aug. 7-10 |
| 3. NY Intellectual Property Assoc. | travel and lodging at meeting in NY,NY. March 28-29 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Schiller, Berle M | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Bristol Myers common stock | A | Dividend | K | T | None | | | | |
| 2. Peco Energy common stock | A | Dividend | J | T | None | | | | |
| 3. Allergan common stock | A | Dividend | J | T | None | | | | |
| 4. Smith Kline Beckman common stock | A | Dividend | J | T | None | | | | |
| 5. SBC common stock | A | Dividend | J | T | None | | | | |
| 6. ADM common stock | A | Dividend | J | T | None | | | | |
| 7. Vodafon common stock | A | Dividend | J | T | None | | | | |
| 8. SPPTY common stock | | None | J | T | None | | | | |
| 9. PSBI common stock | | None | - K | T | None | | | | |
| 10. Franklin-Pa tax free fund | D | Interest | L | T | partial sale | 1-27 | K | A | |
| 11. Franklin-PA tax free fund | D | Interest | K | T | Partial Sale | 8-5 | K | A | |
| 12. First Trust IRA #1 | A | Interest | K | T | None | | | | |
| 13. Alger Capital Appreciation Fund | A | Dividend | J | T | None | | K | | |
| 14. Wenfield Corp-common | B | Dividend | J | T | None | | | | |
| 15. Vanguard Windsor II Fund | B | Dividend | K | T | None | | | | |
| 16. Disney Corp. common | A | Dividend | J | T | None | | | | |
| 17. Phoenix-Engemann Capital Growth Fund-A | A | Dividend | J | T | None | | | | |
| 18. First Union Bank Account(Wachovia-name change) | B | Interest | L | T | None | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
    (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
    (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
    (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Schiller, Berle M | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. First Trust IRA #2 | A | Interest | K | T | None | | | | |
| 20. Fidelity Magellan IRA, Fidelity Growth & Income Fund IRA | A | Interest | K | T | None | | | | |
| 21. Goldman Sachs Funds IRA | C | Interest | M | T | None | | | | |
| 22. Rockledge-Hartsdale Assoc. | B | Distribution | J | T | partial | | | | |
| 23. Corning Inc. | A | Dividend | J | T | None | | | | |
| 24. GE | B | Dividend | J | T | None | | | | |
| 25. Intel | B | Dividend | J | T | None | | | | |
| 26. IBM | B | Dividend | J | T | None | | | | |
| 27. JPM | B | Dividend | J | T | None | | | | |
| 28. Microsoft | | None | J | T | None | | | | |
| 29. Oracle Corp | | None | J | T | None | | | | |
| 30. Sun Microsystems | | None | J | T | None | | | | |
| 31. SPPTY | | None | J | T | None | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100.001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000.001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Schiller, Berle M | 5/10/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____     Date  **5-10-04**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544